**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| **DEANNA JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CAUSE NO. 3:21-cv-00054-RLY-MPB |
| | ) |
| **INDIANA EXCEPTIONAL** | ) |
| **MEDICAL CARE, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Deanna Jackson, and Defendant, Indiana Exceptional Medical Care, LLC, hereby stipulate that the above-styled action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ *Lauren E. Berger*         */s/ Erin Bauer (with permission)*
Lauren E. Berger, #29826-19         Erin Bauer
Kyle F. Biesecker, #24095-49         Barber & Bauer, LLP
BIESECKER DUTKANYCH & MACER, LLC         124 SE First Street, Suite 101
411 Main Street         Evansville, IN 47708
Evansville, IN 47708         Telephone: (812) 425-9211
Telephone: 812.424.1000         Facsimile: (812) 425-9216
Facsimile: 812.424.1005         Email: erin@barlegal.net
E-mail: lberger@bdlegal.com
kfb@bdlegal.com         Attorneys for Defendant, Indiana Exceptional Medical Care, LLC

Attorneys for Plaintiff, Deanna Jackson

Dated: May 14, 2021